---- United States Bankruptcy Court ----------- VOLUNTARY PETITION ---

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE -------------------------                          NAME OF JOINT DEBTOR
HARLAN Y. MASON
ALL OTHER NAMES -----------------                          NO JOINT DEBTOR

SOC. SEC./TAX I.D. NO. ----------
     -  -0361
STREET ADDRESS OF DEBTOR --------
412 Oakwood Venue
Waukegan, IL 60085
COUNTY OF RESIDENCE -------------
Lake
MAILING ADDRESS OF DEBTOR -------
412 Oakwood Venue
Waukegan, IL 60085
VENUE -----------------------------------------------------------

Debtor has had a residence in this District for 180 days immediately
preceding the date of this petition.
---------------- INFORMATION REGARDING DEBTOR -----------------------

| | |
|---|---|
| TYPE OF DEBTOR<br>Individual<br>NATURE OF DEBT<br>Non-Business/Consumer<br>A. TYPE OF BUSINESS<br>N/A<br>B. BRIEFLY DESCRIBE NATURE OF BUSINESS<br>N/A | CHAPTER OF BANKRUPTCY CODE<br>UNDER WHICH THE PETITION<br>IS FILED<br>13<br>FILING FEE<br>Attached<br>----------------------------------- |
| STATISTICAL/ADMINISTRATIVE INFORMATION--<br>Debtor estimates that there will be<br>funds available for distribution to<br>unsecured creditors. | ATTORNEY NAME AND ADDRESS--<br>Richard Mann<br>1752642<br>Five South County St.<br>Waukegan, IL  60085 |

|                               | range   | (sard code) |
|-------------------------------|---------|-------------|
| NO. OF CREDITORS              | 1-15    | (1)         |
| ASSETS (thousands)            | 100-499 | (3)         |
| LIABIL. (thousands)           | 100-499 | (3)         |
| NO. OF EMPLOYEES N/A          |         |             |
| EQUITY SEC. HOLDERS N/A       |         |             |

(847) 244-2211
-----------------------------------
ATTORNEYS DESIGNATED TO
REPRESENT DEBTOR

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 09/02/2004
Time: 14:48:40
Debtor: HARLAN Y MASON
Case: 04-32679       Fee : 194
Chapter: 13 Rec. # : 3099183
Judge: A Benjamin Goldgar
341 mtg: 10/05/2004 @ 11:30AM
ConfHrg: 10/29/2004 @ 11:00AM
Trustee: GLENN STEARNS

1:04BK32679-BK001

Name of Debtor: HARLAN Y. MASON
Case No.:

------------------------------------------------------------

Debtor intends to file a plan within the time allowed by statute,
rule, or order of the court.
---------- PRIOR BANKRUPTCY CASES FILED WITHIN LAST 6 YEARS ----------
Location Where Filed ---------------- Case Number ---- Date Filed --
Northern District Eastern Division    | 03-50868     | 12/18/03

--- PENDING BANKRUPTCY CASE FILED BY SPOUSE, PARTNER, OR AFFILIATE ---
NONE
----------------------- REQUEST FOR RELIEF -----------------------
Debtor requests relief in accordance with the chapter of title 11
United States Code specified in this petition.
------------------------- SIGNATURES -----------------------
                              ATTORNEY

Date: 5/ / /

Richard Mann
1752642
------------------------------------------------------------
                         INDIVIDUAL DEBTOR
I declare under penalty of perjury that the information provided in
this petition is true and correct.

Date: 9-2-04

HARLAN Y. MASON
------------------------------------------------------------

Richard Mann                          1752642
Richard Mann
Five South County St.
Waukegan, IL  60085
(847) 244-2211
Attorney for the Petitioner

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                            Case No.:
HARLAN Y. MASON
Debtor                           Attachment to Voluntary Petition
Social Security No.: -  -0361
                                 Chapter 13


---------------------- ADDITIONAL OTHER NAMES --------------------
  NONE
--- ADDITIONAL PRIOR BANKRUPTCY CASES FILED WITHIN LAST 6 YEARS ----
  Name of filer: Harlan Y. Mason
  Case number:   03-04206                     Date filed:1/30/03
  District:
  Nortern District Eastern Division
  Judge:
  Jack B. Schmetterer
  Status:
  Chapter 13 dismissed
--------------- ADDITIONAL PENDING BANKRUPTCY CASES ----------------
  NONE

In re: HARLAN Y. MASON                    Case No:

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

====================== SUMMARY OF SCHEDULES ==========================

| Schedule name | No. Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|
| X (mark if attached) | | | | |
| A - Real Property | 1 | 360,000.00 | | |
| B - Personal Property | 3 | 1,910.00 | | |
| C - Property Claimed as Exempt | 2 | | | |
| D - Creditors Holding Secured Claims | 2 | | 336,813.00 | |
| E - Creditors Holding Unsecured Priority Claims | 2 | | 10,425.00 | |
| F - Creditors Holding Unsecured Non-priority Claims | 1 | | 52,201.50 | |
| G - Executory Contracts and Unexpired Leases | 1 | | | |
| H - Codebtors | 1 | | | |
| I - Current Income of Individual Debtors | 2 | | | 7,586.66 |
| J - Current Expenditures of Individual Debtors | 2 | | | 5,366.00 |

|  |  |  |
|---|---|---|
| Summary Sheet | 1 | ********************************* |
| Total No. Sheets | 18 | ********************************* |
| Total Assets -> | 361,910.00 | ********************** |
| Total Liabilities -> | 399,439.50 | ******* |
| Total No. of Creditors -> | 12 | ******* |
| Excess Income (if any) -> | 2,220.66 | |

========================================================================

In re: HARLAN Y. MASON                    Case No:

### SCHEDULE A - REAL PROPERTY

| Description and location of property | Current market value of debtor's interest in the property without deducting any secured claim or exemption |
|---|---|
| Nature of debtor's interest in property | Amount of secured claim |

**Personal residence**

```
                              Debtor's interest:      180,000.00
                         Total debt on property:      136,351.00
              Location: 412-414 Oakwood, Waukegan, IL 60085
     Nature of interest: Sole ownership
  Secured creditor(s): Washington Mutual
             Possession: In debtor's possession.
```

**Rental property**

```
                              Debtor's interest:      180,000.00
                         Total debt on property:      200,462.00
              Location: 416-418 Oakwood, Waukegan, IL 60085
     Nature of interest: Sole ownership
  Secured creditor(s): Homecomings, Bank One
             Possession: In debtor's possession.
```

```
                                        Total:       360,000.00
```

In re: HARLAN Y. MASON                    Case No:

### SCHEDULE B - PERSONAL PROPERTY

| Type of property<br>Description and location of property | Current market value of debtor's interest in property without deducting any secured claim or exemption |
|---|---|

1.  Cash on hand.
Cash on hand

                                    Debtor's interest:          10.00
                                    Total debt on property:      0.00
            Location: In debtor's possession.

2.  Checking, savings, or other financial accounts, certificates of
    deposit, or shares in banks, savings and loan, thrift, building
    and loan, and homestead associations, or credit unions, brokerage
    houses, or cooperatives.
Checking account

                                    Debtor's interest:         500.00
                                    Total debt on property:      0.00
            Possession: In debtor's possession.

3.  Security deposits with public utilities, telephone companies,
    landlords, and others.
    NONE
4.  Household goods and furnishings, including audio, video, and
    computer equipment.
Household goods

                                    Debtor's interest:         200.00
                                    Total debt on property:      0.00
            Location: In debtor's possession.

5.  Books, pictures, and other art objects, antiques, stamp, coin,
    record, tape, compact disc, and other collections or collectibles.
    NONE
6.  Wearing apparel.
Wearing apparel

                                    Debtor's interest:         200.00
                                    Total debt on property:      0.00
            Location: In debtor's possession.

7.  Furs and jewelry.
    NONE
8.  Firearms and sports, photographic, and other hobby equipment.
    NONE
9.  Interests in insurance policies.
    NONE
10. Annuities.

In re: HARLAN Y. MASON                    Case No:

    NONE
11. Interests in IRA, ERISA, Keogh, or other pension or profit
    sharing plans.
    NONE
12. Stock and interests in incorporated and unincorporated businesses.
100% owner of Harlon Mason Enterprises, Inc.
                         Debtor's interest:       0.00
                Total debt on property:     0.00
       Possession: In debtor's possession.


13. Interests in partnerships or joint ventures.
    NONE
14. Government and corporate bonds and other negotiable and non-
    negotiable instruments.
    NONE
15. Accounts receivable.
    NONE
16. Alimony, maintenance, support, and property settlements to which
    the debtor is or may be entitled.
    NONE
17. Other liquidated debts owing debtor including tax refunds.
    NONE
18. Equitable or future interests, life estates, and rights or
    powers exercisable for the benefit of the debtor other than
    those listed in Schedule of Real Property.
    NONE
19. Contingent and noncontingent interests in estate of a
    decedent, death benefit plan, life insurance policy, or trust.
    NONE
20. Other contingent and unliquidated claims of every nature,
    including tax refunds, counterclaims of the debtor, and
    rights to setoff claims.
    NONE
21. Patents, copyrights, and other intellectual property.
    NONE
22. Licenses, franchises, and other general intangibles.
    NONE
23. Automobiles, trucks, trailers, and other vehicles or accessories.
1990 Chevrolet Cavalier
                         Debtor's interest:    1,000.00
                Total debt on property:     0.00
      Location: In debtor's possession.

24. Boats, motors, and accessories.
    NONE
25. Aircraft and accessories.
    NONE
26. Office equipment, furnishings, and supplies.
    NONE

In re: HARLAN Y. MASON                    Case No:

27. Machinery, fixtures, equipment, and supplies used in business.
    NONE
28. Inventory.
    NONE
29. Animals.
    NONE
30. Crops - growing or harvested.
    NONE
31. Farming equipment and implements.
    NONE
32. Farm supplies, chemicals, and feed.
    NONE
33. Other personal property of any kind not already listed.
    NONE

                              Total:        1,910.00

In re: HARLAN Y. MASON                    Case No:

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

    11 U.S.C. sec. 522(b)(2)

        Exemptions available under applicable non-bankruptcy federal laws,
        state or local law where the debtor's domicile has been located
        for the 180 days immediately preceding the filing of the petition
        or for a longer portion of the 180 day period than in any other
        place, and the debtor's interest as a tenant by the entirety or
        joint tenant to the extent the interest is exempt from process
        under applicable non-bankruptcy law.

    Debtor is single.

| Description of property | Value of claimed exemption |
|---|---|
| Specify law providing each exemption | Current market value of property without deducting exemption |

100% owner of Harlon Mason Enterprises, Inc.
    Debtor's interest:          0.00    Value exempt:          0.00
            Law: 735 ILCS 5/12-1001

1990 Chevrolet Cavalier
    Debtor's interest:      1,000.00    Value exempt:      1,000.00
            Law: 735 ILCS 5/12-1001

Cash on hand
    Debtor's interest:         10.00    Value exempt:         10.00
            Law: 735 ILCS 5/12-1001

Checking account
    Debtor's interest:        500.00    Value exempt:        500.00
            Law: 735 ILCS 5/12-1001

Household goods
    Debtor's interest:        200.00    Value exempt:        200.00
            Law: 735 ILCS 5/12-1001

Personal residence
            Address:  412-414 Oakwood, Waukegan, IL 60085
    Debtor's interest:    180,000.00    Value exempt:      7,500.00
            Law: 735 ILCS 5/12-1001
        Total debt
        on property:    136,351.00

Rental property

In re: HARLAN Y. MASON                    Case No:

```
          Address:  416-418 Oakwood, Waukegan, IL 60085
  Debtor's interest:       180,000.00   Value exempt:         0.00
               Law: 735 ILCS 5/12-1001
        Total debt
    on property:       200,462.00

Wearing apparel
  Debtor's interest:          200.00   Value exempt:       200.00
               Law: 735 ILCS 5/12-1001
```

In re: HARLAN Y. MASON                    Case No:

### SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| Creditor's name and complete mailing address including zip code | Amount of claim without deducting value of collateral |
|---|---|
| Date claim was incurred, nature of lien, and description and market value of property subject to the lien | Unsecured portion, if any |

```
Account no.:                        Amount of claim:      31,000.00
Bank One                            Unsecured:                0.00
Pierce & Associates
1 North Dearborn Street
Chicago, IL 60602
             Incurred: 1999
        Nature of lien: Second mortgage on rental property
             Claim is: Fixed and liquidated.
 Collateral description: Rental property located at 416-418 Oakwood,
                         Waukegan, IL
Collateral market value:     180,000.00

Account no.:                        Amount of claim:       6,339.00
Bank One                            Unsecured:                0.00
c/o Pierce & Associates
1 North Dearborn Street
Chicago, IL 60602
        Nature of lien: Arrears on second mortgage on rental property
             Claim is: Fixed and liquidated.
 Collateral description: Rental property locaed at 416-418 Oakwood,
                         Waukegan, IL
Collateral market value:     180,000.00

Account no.: 0800614232             Amount of claim:     126,500.00
Homecomings Financial               Unsecured:                0.00
2711 North Haskell Ave
Suite 900
Dallas, TX 75204
             Incurred: 1998
        Nature of lien: First mortgage on rental property
             Claim is: Fixed and liquidated.
 Collateral description: Rental property located at 416-418 Oakwood,
                         Waukegan, IL
Collateral market value:     180,000.00

Account no.:                        Amount of claim:      36,623.00
Homecomings Financial               Unsecured:                0.00
2711 North Haskell Ave

                                 Subtotal this page:     200,462.00
```

In re: HARLAN Y. MASON                    Case No:

Suite 900
Dallas, TX 75204
            Nature of lien: Arrearson first mortgage on rental property
                 Claim is: Fixed and liquidated.
    Collateral description: Rental property located at 416-418 Oakwood,
                            Waukegan, IL
Collateral market value:        180,000.00

Account no.:                    Amount of claim:      111,500.00
Washington Mutual                    Unsecured:            0.00
c/o Heavner, Scott &
Beyers
PO Box 740
Decatur, IL 62525
                Incurred: 1999
            Nature of lien: First mortgage on personal residence
                 Claim is: Fixed and liquidated.
    Collateral description: Personal residence
Collateral market value:        180,000.00

Account no.:                    Amount of claim:       24,851.00
Washington Mutual                    Unsecured:            0.00
c/o Heavner, Scott &
Beyers
PO Box 740
Decatur, IL 62525
            Nature of lien: Arrears
                 Claim is: Fixed and liquidated.
    Collateral description: Personal residence
Collateral market value:        180,000.00

                    Subtotal this page:      136,351.00
                              Total:      336,813.00

                                              Page 2

In re: HARLAN Y. MASON                    Case No:

    SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

TYPES OF PRIORITY CLAIMS:

        Wages, Salaries, and Commissions

        Wages, salaries, and commissions, including vacation,
severance, and sick leave pay owing to employees, up to a
maximum of $2000 per employee, earned within 90 days
immediately preceding the filing of the original petition, or
the cessation of business, whichever occurred first, to the
extent provided in 11 U.S.C. sec. 507(a)(3).

        Contributions to Employee Benefit Plans

        Money owed to employee benefit plans for services rendered
within 180 days immediately preceding the filing of the original
petition, or the cessation of business, whichever occurred first
to the extent provided in 11 U.S.C. sec. 507(a)(4).

        Certain Farmers or Fishermen

        Claims of certain farmers or fishermen, up to a maximum of $2000
per farmer or fisherman, against the debtor, as provided in 11
U.S.C. sec. 507(a)(5).

        Deposits by Individuals

        Claims of individuals up to a maximum of $900 for deposits for
the purchase, lease, or rental of property or services for
personal, family, or household use, that were not delivered or
provided.  11 U.S.C. sec. 507(a)(6).

X     Taxes and Certain Other Debts Owed to Governmental Units

        Taxes, customs duties, and penalties owing to federal, state,
and local governmental units as set forth in 11 U.S.C.
sec. 507(a)(7).

In re: HARLAN Y. MASON                    Case No:

### SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| Creditor's name and complete mailing address including zip code | Amount entitled to priority |
|---|---|
| Date claim was incurred and consideration for claim | Total amount of claim |

1.  Wages, Salaries, and Commissions.

    NONE

2.  Contributions to Employee Benefit Plans.

    NONE

3.  Certain Farmers or Fishermen.

    NONE

4.  Deposits by Individuals.

    NONE

5.  Taxes and Certain Other Debts Owed to Governmental Units.

```
Account no.:                Priority amount:      10,425.00
IRS                         Amount of claim:      10,425.00
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604
            Incurred: 1997
Consideration for claim: Income taxes
            Claim is: Fixed and liquidated.
```

```
                              Subtotal this page:    10,425.00
                                         Total:      10,425.00
```

Page 2

In re: HARLAN Y. MASON                    Case No:

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

```
==================================================================
| Creditor's name and complete mailing address    | Amount of claim|
|  including zip code                              |                |
| ------------------------------------------------ |                |
| Date claim was incurred and consideration for claim. |            |
| If claim is subject to setoff, so state.         |                |
==================================================================
```

Account no.: 1094857061            Amount of claim:      1,485.89
Carson Pirie Scott
PO Box 17633
Baltimore, MD 21297-1633
                Incurred: 2001
Consideration for claim: Purchases
                Claim is: Fixed and liquidated.

Account no.: 414401003607611       Amount of claim:     20,658.00
Household Finance Corp.
PO Box 17574
Baltimore, MD 21297-1574
Consideration for claim: Unsecured portion of debt on foreclosure of
                         1505 Barnhart Court, Zion, IL 60099
                Claim is: Fixed and liquidated.

Account no.: 01157015465           Amount of claim:      6,547.00
Onyx Acceptance Corp.
27051 Towne Centre Drive
Foothill Ranch, CA 92610
Consideration for claim: Balance due on repossessed vehicle
                Claim is: Fixed and liquidated.

Account no.: 3380620036101         Amount of claim:     11,352.57
Sallie Mae
PO Box 4700
Wilkes-Barre, PA
18773-4700
                Incurred: 1983
Consideration for claim: Student loan
                Claim is: Fixed and liquidated.

Account no.: 338620361             Amount of claim:     12,158.04
US Dept. of Education
PO Box 530260
Atlanta, GA 30353-0260
                Incurred: 1983
Consideration for claim: Student loan
                Claim is: Fixed and liquidated.

                                Subtotal this page:     52,201.50

In re: HARLAN Y. MASON                    Case No:

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and mailing address, including zip code, of other parties to lease or contract. | Description of contract or lease and nature of debtor's interest. State whether lease is for non-residential real property. State contract number of any government contract. |
| --- | --- |

NONE

In re: HARLAN Y. MASON                    Case No:

### SCHEDULE H - CODEBTORS

```
===================================================================
| Name and address of codebtor    | Name and address of creditor   |
===================================================================
```

NONE

In re: HARLAN Y. MASON                Case No:

              SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTORS
==================================================================================
  DEBTOR'S MARITAL STATUS: Single

  DEPENDENTS OF DEBTOR
  NONE
-------------------------------------------------------------------------------
  EMPLOYMENT:

              Occupation: Service clerk
           Employer name: Sears
        How long employed: 7 months
        Address of employer: Gurnee Mills
                        Gurnee, IL 60031
==================================================================================
INCOME:

Current monthly gross wages,
salary, and commissions...............        1,759.33

Estimated monthly overtime...........            0.00

SUBTOTAL.............................         1,759.33

  LESS PAYROLL DEDUCTIONS
  a.  Payroll taxes and
      social security.................         351.00
  b.  Insurance.......................           0.00
  c.  Union dues......................           0.00
  d.  Other:
          NONE

  SUBTOTAL OF DEDUCTIONS.............          351.00

TOTAL NET MONTHLY TAKE HOME PAY.......         1,408.33

Regular income from operation of
business or profession or farm........           0.00

Income from real property............         4,770.00

Interest and dividends................           0.00

Alimony, maintenance, or support
payments payable to the debtor
for the debtor's use or that of
dependents listed above...............           0.00

Social security or other government
assistance:

In re: HARLAN Y. MASON                    Case No:

      NONE

Pension or retirement income                          0.00

Other monthly income:
      Musical director                    1,408.33

TOTAL MONTHLY INCOME..................    7,586.66


Describe any increase or decrease of more than 10% in any of the above
categories anticipated to occur within the year following the filing
of this document:
  NONE

In re: HARLAN Y. MASON                    Case No:

SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS


The following expenditures are for DEBTOR

Rent/home mortgage payments............................    1,427.00

        REAL ESTATE TAXES ARE NOT INCLUDED.
        PROPERTY INSURANCE IS NOT INCLUDED.

Utilities: Electricity and heating fuel...............      225.00
           Water and sewer............................       29.00
           Telephone..................................       65.00
           Other:
              Cable...................................       55.00

Home maintenance......................................      100.00
Food..................................................      200.00
Clothing..............................................       75.00
Laundry and dry cleaning..............................       50.00
Medical and dental expenses...........................       35.00
Transportation........................................      120.00
Recreation, clubs, and entertainment,
newspapers, magazines, etc............................       25.00
Charitable contributions..............................        0.00

Insurance:
        Homeowner's or renter's.......................       40.00
        Life..........................................        0.00
        Health........................................        0.00
        Auto..........................................       45.00
        Other:
          NONE

Taxes:
   Income taxes                                             525.00

Installment payments:
        Auto..........................................        0.00
        Other:
          NONE

Alimony, maintenance, and support paid to others.......        0.00

Payments for support of additional dependents
not living at your home...............................        0.00

Regular expenses from operation of business,
profession, or farm...................................        0.00

In re: HARLAN Y. MASON                    Case No:

Other:
   First mortgage - rental property                      1,638.00
   Second mortgage - rental property                       368.00
   Student loan                                            171.00
   Student loan                                            173.00

TOTAL MONTHLY EXPENSES...............................      5,366.00

A.   Total projected monthly income....................   7,586.66
B.   Total projected monthly expenses..................   5,366.00
C.   Excess income (A minus B).........................   2,220.66
D.   Total amount to be paid into Plan.................   2,220.66
   Payment period is: Monthly


(The penalties for making a false statement or concealing property is a
fine of up to $500,000 or imprisonment for up to 5 years or both.
- 18 U.S.C. secs. 152 and 3571.)

                              DECLARATION

I, HARLAN Y. MASON, named as the debtor in this case, declare under
penalty of perjury that I have read the foregoing Summary and Schedules,
consisting of 18 sheets, and that it is true and correct to the best
of my information and belief.


Signature: _Harlan Mason_____    Date: _9-2-04___
           HARLAN Y. MASON

Richard Mann                          1752642
Richard Mann
Five South County St.
Waukegan, IL  60085
(847) 244-2211
Attorney for the Petitioner

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                          Case No.:
HARLAN Y. MASON
Debtor                          Statement of Financial Affairs
Social Security No.: -  -0361
                                Chapter 13


1.  Income from employment or operation of business.

    State the gross amount of income the debtor has received from
    employment, trade, or profession, or from operation of debtor's
    business from the beginning of this calendar year to the date this
    case was commenced.  State also the gross amounts received during
    the two years immediately preceding this calendar year.

         This year: 19 4                     Amount:      14,000.00
             Source: Work
         Last year: 19 3                     Amount:      20,000.00
             Source: Work
    Previous year: 19 2                      Amount:       6,700.00
             Source: Work

2.  Income other than from employment or operation of business.

    State the amount of income received by the debtor other than from
    employment, trade, profession, or operation of the debtor's business
    during the two years immediately preceding the commencement of this
    case.

         This year: 19 4                     Amount:      14,000.00
             Source: Net rental income
         Last year: 19 3                     Amount:      12,000.00
             Source: Net rental income
    Previous year: 19 2                      Amount:       2,000.00
             Source: Net rental income

3.  Payments to creditors.

    a.  List all payments on loans, installment purchases of goods or
        services, and other debts, aggregating more than $600 to any
        creditor, made within 90 days immediately preceding the

commencement of this case.

NONE

b.   List all payments made within one year immediately preceding
the commencement of this case to or for the benefit of creditors
who are or were insiders.

NONE

4.   Suits, executions, garnishments, and attachments.

a.   List all suits to which the debtor is or was a party within one
year immediately preceding the filing of this bankruptcy case.

NONE

b.   Describe all property that has been attached, garnished, or
seized under any legal or equitable process within one year
immediately preceding the commencement of this case.

NONE

5.   Repossessions, foreclosures, and returns.

List all property that has been repossessed by a creditor, sold
at a foreclosure sale, transferred through a deed in lieu of
foreclosure or returned to the seller, within one year immediately
preceding the commencement of this case.

NONE

6.   Assignments and receiverships.

a.   Describe any assignment of property for the benefit of creditors
made within 120 days immediately preceding the commencement of
this case.

NONE

b.   List all property which has been in the hands of a receiver or
court-appointed official within one year immediately preceding
the commencement of this case.

NONE

7.   Gifts.

List all gifts or charitable contributions made within one year
immediately preceding the commencement of this case except ordinary
and usual gifts to family members aggregating less than $200 in
value per individual family member and charitable contributions

aggregating less than $100 per recipient.

NONE

8.  Losses.

    List all losses from fire, theft, other casualty or gambling within
    one year immediately preceding the commencement of this case or
    since the commencement of this case.

    NONE

9.  Payments related to debt counseling or bankruptcy.

    List all payments made or property transferred by or on behalf of
    the debtor to any persons, including attorneys, for consultation
    concerning debt consolidation, relief under the bankruptcy law or
    preparation of a petition in bankruptcy within one year immediately
    preceding the commencement of this case.

    Richard Mann
    Five South County St.
    Waukegan, IL  60085
    (847) 244-2211

            Filing fee: 194.00
       Attorney's fees:        2,200.00
          Source was: Debtor's earnings
    Date(s) of payment: 9/1/04

10. Other transfers.

    List all other property, other than property transferred in the
    ordinary course of the business or financial affairs of the debtor
    transferred either absolutely or as security within one year
    immediately preceding the commencement of this case.

    NONE

11. Closed financial accounts.

    List all financial accounts and instruments held in the name of the
    debtor or for the benefit of the debtor which were closed, sold, or
    otherwise transferred within one year immediately preceding the
    commencement of this case.

    NONE

12. Safe deposit boxes.

    List each safe deposit box or other box or depository in which the
    debtor has or had securities, cash, or other valuables within one

year immediately preceding the commencement of this case.

NONE

13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.

NONE

14. Property held for another person.

List all property owned by another person that the debtor holds or controls.

NONE

15. Prior address of debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

Length of time at current residence:
2 years
Prior residences:

16. Nature, location, and name of business.

   a. For individuals, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

   NONE

   b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

   N/A

   c. If the debtor is a corporation, list the names and addresses

of all businesses in which the debtor was a partner or owned
5 percent or more of the voting securities, within the two
years immediately preceding the commencement of this case.

N/A

17. Books, records, and financial statements.

   a. List all bookkeepers and accountants who within the six years
      immediately preceding the filing of this bankruptcy case kept or
      supervised the keeping of books of account and records of the
      debtor.

      N/A

   b. List all firms or individuals who within the two years
      immediately preceding the filing of this bankruptcy case have
      audited the books of account and records, or prepared a
      financial statement of the debtor.

      N/A

   c. List all firms or individuals who at the time of the
      commencement of this case were in possession of the books of
      account and records of the debtor.

      N/A

   d. List all financial institutions, creditors, and other parties,
      including mercantile and trade agencies, to whom a financial
      statement was issued within the two years immediately preceding
      the commencement of this case by the debtor.

      N/A

18. Inventories.

   a. List the dates of the last two inventories taken of your
      property, the name of the person who supervised the taking of
      each inventory, and the dollar amount and basis of each
      inventory.

      N/A

   b. List the name and address of the person having possession
      of the records of each of the two inventories reported in
      a., above.

      N/A

19. Current Partners, Officers, Directors, and Shareholders.

a.   If the debtor is a partnership, list the nature and percentage
     of partnership interest of each member of the partnership.

     N/A

b.   If the debtor is a corporation, list all officers and directors
     of the corporation, and each stockholder who directly or
     indirectly owns, controls, or holds 5 percent or more of the
     voting securities of the corporation.

     N/A

20.  Former partners, officers, directors, and shareholders.

a.   If the debtor is a partnership, list each member who withdrew
     from the partnership within one year immediately preceding
     the commencement of this case.

     N/A

b.   If the debtor is a corporation, list all officers or directors
     whose relationship with the corporation terminated within one
     year immediately preceding the commencement of this case.

     N/A

21.  Withdrawals from a partnership or distributions by a corporation.

     If the debtor is a partnership or corporation, list all withdrawals
     or distributions credited or given to an insider, including
     compensation in any form, bonuses, loans, stock redemptions,
     options exercised and any other perquisite during one year
     immediately preceding the commencement of this case.

     N/A


(The penalties for making a false statement or concealing property is a
fine of up to $500,000 or imprisonment for up to 5 years or both.
- 18 U.S.C. secs. 152 and 3571.)

### DECLARATION

I, HARLAN Y. MASON, named as the debtor in this case, declare under
penalty of perjury that I have read the foregoing Statement of Financial
Affairs, consisting of 6 sheets, and that it is true and correct to
the best of my information and belief.


Signature: _Harlan Mason_                    Date: _9-2-04_
           HARLAN Y. MASON

Richard Mann                    1752642
Richard Mann
Five South County St.
Waukegan, IL  60085
(847) 244-2211
Attorney for the Petitioner

```
            UNITED STATES BANKRUPTCY COURT FOR THE
                 NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION
```

In re                           Case No.:
HARLAN Y. MASON
Debtor                          Individual Debtor's Statement of
Social Security No.: -  -0361   Intention

                                Chapter 13


1.  I, the debtor, have filed a schedule of assets and liabilities which
    includes consumer debts secured by property of the estate.

2.  My intention with respect to the property of the estate which
    secures those consumer debts is as follows:

    a.  Property to be surrendered.

| Description of property | Creditor's name and address |
| --- | --- |

NONE

    b.  Property to be retained.

| Description of property | Creditor's name and address |
| --- | --- |
| Method of retention: | |
| The debt will be reaffirmed pursuant to sec. 524(c) (Reaffirm) | |
| The property is claimed exempt and will be redeemed pursuant to sec. 722. (Redeem) | |
| Lien will be avoided pursuant to sec. 522(f) and property claimed as exempt. Judicial lien (Judicial lien avoidance) Nonpossessory, nonpurchase-money security interest (N.P.M.S.I. lien) | |

Rental property located at 416-418        Bank One
Oakwood, Waukegan, IL                      Pierce & Associates
                                           1 North Dearborn Street

| | |
|---|---|
| Method of retention:<br>Reaffirm | Chicago, IL 60602 |
| Rental property locaed at 416-418 Oakwood, Waukegan, IL | Bank One<br>c/o Pierce & Associates<br>1 North Dearborn Street |
| Method of retention:<br>Reaffirm | Chicago, IL 60602 |
| Rental property located at 416-418<br>Oakwood, Waukegan, IL | Homecomings Financial<br>2711 North Haskell Ave<br>Suite 900 |
| Method of retention:<br>Reaffirm | Dallas, TX 75204 |
| Rental property located at 416-418<br>Oakwood, Waukegan, IL | Homecomings Financial<br>2711 North Haskell Ave<br>Suite 900 |
| Method of retention:<br>Reaffirm | Dallas, TX 75204 |
| Personal residence | Washington Mutual<br>c/o Heavner, Scott &<br>Beyers |
| Method of retention:<br>Reaffirm | PO Box 740<br>Decatur, IL 62525 |
| Personal residence | Washington Mutual Bank<br>c/o Heavner, Scott &<br>Beyers |
| Method of retention:<br>Reaffirm | PO Box 740<br>Decatur, IL 62525 |

3.  I understand that section 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intentions within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

(The penalties for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. - 18 U.S.C. secs. 152 and 3571.)

DECLARATION

I, HARLAN Y. MASON, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Individual Debtor's Statement of Intention, consisting of 2 sheets, and that it is true and correct to the best of my information and belief.

Signature: _Harlan Mason_   Date: _9-2-04_
HARLAN Y. MASON

Richard Mann                    1752642
Richard Mann
Five South County St.
Waukegan, IL  60085
(847) 244-2211
Attorney for the Petitioner

              UNITED STATES BANKRUPTCY COURT FOR THE
                  NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

In re                            Case No.:
HARLAN Y. MASON
Debtor                           Notice of Available Chapters
Social Security No.: -  -0361
                                 Chapter 13


If you intend to file a petition for relief under the bankruptcy laws
of the United States, and your debts are primarily consumer debts, the
Clerk of Court is required to notify you of each chapter of the
Bankruptcy Code under which you may seek relief.  You may proceed under:

     Chapter  7 -- Liquidation, or

     Chapter 11 -- Reorganization, or

     Chapter 12 -- Adjustment of Debts of a Family Farmer With Regular
                   Annual Income

     Chapter 13 -- Adjustment of Debts of an Individual With Regular
                   Income

If you have any questions regarding the information contained in this
notice you should consult with your attorney.


                          Clerk of Court

```
Richard Mann                    1752642
Richard Mann
Five South County St.
Waukegan, IL  60085
(847) 244-2211
Attorney for the Petitioner
```

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
In re                           Case No.:
HARLAN Y. MASON
Debtor                          Rule 2016(b) - Statement of
Social Security No.: -  -0361   Attorney Compensation

                                Chapter 13
```

Pursuant to 11 U.S.C. sec. 329 and Rule of Bankruptcy Procedure 2016(b), the undersigned, attorney for the debtor in this case, makes this statement setting forth the compensation paid or agreed to be paid to the undersigned for services rendered or to be rendered in contemplation of and in connection with the case by the undersigned, and the source of such compensation.

1. Prior to the filing of this disclosure statement, the debtor in this case has paid to the undersigned the sum of $2,200.00 plus $194.00 for the filing fee in this case.

   The source of the PAID sum was: Debtor's earnings

2. In addition, the debtor has agreed to pay the following:

   NOT APPLICABLE

3. The undersigned has not shared or agreed to share any portion of such compensation with any other person who is not a member or regular associate of the undersigned's law firm.

4. The undersigned has not received any other payment in this case, and has no other agreement, except as set out herein.

```
Signature: _____        Date: _____
              Richard Mann
              1752642
```

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

THE PURPOSE OF THIS NOTICE IS TO ACQUAINT YOU WITH THE FOUR CHAPTERS OF THE FEDERAL BANKRUPTCY CODE UNDER WHICH YOU MAY FILE A BANKRUPTCY PETITION.  THE BANKRUPTCY LAW IS COMPLICATED AND NOT EASILY DESCRIBED.  THEREFORE, YOU SHOULD SEEK THE ADVICE OF AN ATTORNEY TO LEARN OF YOUR RIGHTS AND RESPONSIBILITIES UNDER THE LAW SHOULD YOU DECIDE TO FILE A PETITION WITH THE COURT.   COURT EMPLOYEES ARE PROHIBITED FROM GIVING YOU LEGAL ADVICE.

## Chapter 7:  Liquidation ($155 filing fee plus $30 administrative fee plus $15 trustee surcharge)

1.        Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.        Under chapter 7 a trustee takes possession of all your property.  You may claim certain of your property as exempt under governing law.  The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3        The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.        Even if you receive a discharge, there are some debts that are not discharged under the law.  Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.        Under certain circumstances you may keep property that you have purchased subject to valid security interest.  Your attorney can explain the options that are available to you.

## Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $30 administrative fee)

1.        Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time.  You are eligible for chapter 13 only if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.        Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings.  Usually, the period allowed by the court to repay your debts is three years, but no more than five years.  Your plan must be approved by the court before it can take effect.

3.        Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.        After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11:  Reorganization ($800 filing fee plus $30 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| 9-2-04 | *Harlan Mason* | |
| Date | Signature of Debtor | Case Number |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

IN RE:                          Bankruptcy Case Number:_____

HARLAN Y. MASON

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:_____ *12*_____

The above-named Debtor(s) hereby verify that the list of creditors is true and correct to the best of my (our) knowledge.

Dated:____*9-2-04*_____              ____*Harlan Mason*_____
                                        Debtor


                                        _____
                                        Joint Debtor