```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 32679
  HARLAN Y MASON
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

       Debtor
  SSN XXX-XX-0361


-----------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/02/04 and confirmed on 01/07/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  26938.56 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
-----------------------------------------------------------------------------
WASHINGTON MUTUAL BANK     CURRENT MORTG           .00            .00              .00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE      12764.85            .00         12764.85
GMAC RESCAP LLC            CURRENT MORTG           .00            .00              .00
GMAC RESCAP LLC            MORTGAGE ARRE           .00            .00              .00
I RETURN INC               SECURED                 .00            .00              .00
I RETURN INC               MORTGAGE ARRE        720.25            .00           720.25
INTERNAL REVENUE SERVICE   UNSECURED              .00            .00              .00
SMC                        UNSECURED          1485.89            .00           627.90
HFC/BENEFICIAL             UNSECURED         20657.83            .00          8729.54
ONYX ACCEPTANCE CORP       UNSECURED          6546.57            .00          2766.43
ILLINOIS STUDENT ASSIST    UNSECURED              .00            .00              .00
US DEPARTMENT OF EDUCATI   UNSECURED              .00            .00              .00
ECAST SETTLEMENT CORPORA   UNSECURED           180.14            .00            76.13
DAVID P LEIBOWITZ          ORIGINAL ATTO NOT FILED               .00              .00
          Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED     OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  13485.10         .00     28870.43       .00       42355.53
PRINCIPAL PAID      13485.10         .00     12200.00       .00       25685.10
INTEREST PAID            .00         .00          .00       .00            .00
TOTAL PAID          13485.10         .00     12200.00       .00       25685.10
The Debtor's attorney, RICHARD MANN                  , was allowed $   2200.00
and was paid $   2200.00   direct and $     .00  through the plan.

The Trustee received $    1251.44 .

Refunds to the Debtor totaled $       2.02 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 11/12/08                              /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE